**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**CHARLES JUNIOR BARBER,**

    **Plaintiff,**

**v.**                                                                                  **Case No. 3:16cv64-LC-CJK**

**DENIS A. VILCHEZ,**

    **Defendants.**
_____/

# ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 12, 2018 (doc. 31). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff has filed what he titled an objection to the Report and Recommendation, but what is in reality a motion for a 30 day extension to provide an address for service of Defendant Vilchez. The Court notes that Plaintiff has already had more than 18 months to provide an address for service of Defendant and has failed to do so. A previous Report and Recommendation (doc 23) had to be withdrawn after a late "objection"

requesting more time, and there were several additional extensions. More time would be futile and is **DENIED**.

Having now considered the Report and Recommendation,, I have determined that it should be adopted

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE for failure to timely effect service of process.

3. The Clerk is directed to close the file.

**DONE AND ORDERED** this 25th day of April, 2018.

                s/*L.A. Collier*
                **LACEY A. COLLIER**
                **SENIOR UNITED STATES DISTRICT JUDGE**